# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# No. 7:14-cv-00245-BR

| | |
|---|---|
| **Richard Laverne Brown, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **Murphy-Brown LLC,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movant, Celestine B. Smith, Administrator of the Estate of Richard Laverne Brown, requesting that she be substituted as the Plaintiff.

Finding good cause is shown, the Court hereby grants the motion and orders that Celestine B. Smith, Administrator of the Estate of Richard Laverne Brown, is substituted as the Plaintiff for the decedent, and the caption should be modified to substitute for Richard Laverne Brown the following: "Celestine B. Smith, Administrator of the Estate of Richard Laverne Brown."

So ordered, this the 26th day of September, 2018.

_____
Robert B. Jones, Jr.
United States Magistrate Judge