# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# No. 7:14-cv-00245-BR

| | |
|---|---|
| **Richard Laverne Brown, et al.,** | ) |
| **Plaintiffs,** | ) |
| v. | ) |
| **Murphy-Brown LLC,** | ) |
| **Defendant.** | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movant, Carolyn Carr Walker and Peggy Carr Fennell, Co-Administratrix of the Estate of Annie Laura Rochelle Carr, requesting that she be substituted as the Plaintiff.

Finding good cause is shown, the Court hereby grants the motion and orders that Carolyn Carr Walker and Peggy Carr Fennell, Co-Administratrix of the Estate of Annie Laura Rochelle Carr, is substituted as the Plaintiff for the decedent, and the caption should be modified to substitute for Annie Laura Rochelle Carr the following: "Carolyn Carr Walker and Peggy Carr Fennell, Co-Administratrix of the Estate of Annie Laura Rochelle Carr."

So ordered, this the 26th day of September, 2018.

_____
Robert B. Jones, Jr.
United States Magistrate Judge